**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANA RAQUEL COLATO, | |
|     *Plaintiff*, | Civil Action No.: 1:22-01585-DLF |
| v. | |
| JUBILEE JUMPSTART, INC, *et al.*, | Date: September 27, 2022 |
|     *Defendants*. | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff files this Status Report to inform the Court that the Parties have reached a settlement agreement. A Stipulation of Dismissal with Prejudice is being filed contemporaneously.

Dated: September 27, 2022

                                                           Respectfully submitted,

                                                           <u>Omar Vincent Melehy</u>
                                                           Omar Vincent Melehy, Esquire
                                                           (DC Bar No. 415849)
                                                           MELEHY & ASSOCIATES LLC
                                                           8403 Colesville Road, Suite 610
                                                           Silver Spring, Maryland 20910
                                                           Telephone: (301) 587-6364
                                                           Facsimile: (301) 587-6308
                                                           email: ovmelehy@melehylaw.com
                                                           *Counsel for Plaintiff*